UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT PORTER, JR.,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLINE W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. 12-5737 RJB-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF 17). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand, the Administrative Law Judge (ALJ) shall give Plaintiff an opportunity for a new hearing, further develop the record, and issue a new decision. Specifically, the ALJ shall obtain updated medical records from Plaintiff's treating sources; further evaluate the medical source opinions, including but not limited to those of James W. Morgan, Ph.D. (Tr. 583-94, 595-97); further evaluate the opinions of Carmen M. Copeland, M.A. (Tr. 680-81), and Terry Shirley (Tr. 248) in accordance with Social Security Ruling 06-03p; further evaluate Plaintiff's impairments; further evaluate Plaintiff's credibility; and further

REPORT AND RECOMMENDATION - 1

evaluate Plaintiff's residual functional capacity.  If warranted, the ALJ shall obtain medical expert testimony.  Finally, if warranted, the ALJ shall obtain supplemental evidence from a vocational expert, ensuring that the vocational expert is provided with a hypothetical question that is consistent with the residual functional capacity ultimately found.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**   A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of May, 2013.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2