UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT PORTER, JR.,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 12-5737 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #18] recommending that this case be remanded, based on the stipulation of the parties [ECF #17].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)   The Court REVERSES and REMANDS for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 3rd day of May, 2013.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1